## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BLAKE WARNER,

  Plaintiff,

                                CASE NO.: 8:23-CV01411-KKM-JSS

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., AND EQUIFAX
INFORMATION SERVICES LLC,

  Defendants.

_____/

### **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__ IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                          Blake Warner v. Trans Union LLC
                          Case No.: 8:23-cv-1100-KKM-JSS

_____IS NOT    related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated this 11th day of July, 2023.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com

**/s/Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar#: 88672
Tennessee Bar#: 035859
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Frank@theconsumerlawyers.com
Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 11th day of July, 2023 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez, Esq.

Florida Bar No.: 0338620
The Consumer Lawyers
*Attorney for Plaintiff*