UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case 8:23-cv-01411-KKM-JSS

BLAKE WARNER,

    Plaintiff,

-vs-

EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES LLC,

    Defendants.
_____/

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT *NUNC PRO TUNC*

Defendant, Experian Information Solutions, Inc. ("Experian"), moves for an extension of time, *nunc pro tunc*, to answer the complaint, and states:

Experian's answer to the complaint was due on July 26, 2023. Due to a calendaring error by Experian's in-house counsel responsible for retaining counsel, undersigned counsel was not retained in time to respond to the complaint on the deadline. Experian will file its answer today and respectfully requests an extension of time to today August 3, 2023, to respond to the complaint.

**M.D. Fla. Local Rule 3.01(g) Certification.** Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Plaintiff's counsel and Plaintiff does not oppose the relief sought herein.

| | |
|---|---|
| August 3, 2023 | /s/ *Maria H. Ruiz* |
| | Maria H. Ruiz |
| | Florida Bar No. 182923 |
| | KASOWITZ BENSON TORRES LLP |
| | 1441 Brickell Avenue, Suite 1420 |
| | Miami, FL  33131 |
| | Telephone:  (786) 587-1044 |
| | Facsimile:  (305) 675-2601 |
| | MRuiz@Kasowitz.com |
| | |
| | ***Attorney for Defendant Experian Information Solutions, Inc.*** |