UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:23-CV-01411-KKM-JSS

BLAKE WARNER,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. and EQUIFAX
INFORMATION SERVICES, LLC

      Defendants.

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answer Plaintiff Blake Warner's ("Plaintiff") Amended Complaint ("Complaint") as follows:

### JURISDICTION AND VENUE

1.     In response to paragraph 1 of the Complaint, without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that Plaintiff's Complaint purports to seek damages, costs, and fees pursuant to the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* ("FCRA"). Experian denies that Plaintiff is entitled to any relief from Experian. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 1 of the Complaint that relates to Experian.

2.      In response to paragraph 2 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).

3.      In response to paragraph 3 of the Complaint, Experian admits that Plaintiff appears to summarize the Fair Credit Reporting Act which speaks for itself. Except as specifically admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 3 of the Complaint.

4.      In response to paragraph 4 of the Complaint, Experian admits that Plaintiff appears to summarize the Fair Credit Reporting Act which speaks for itself. Except as specifically admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 4 of the Complaint.

5.      In response to paragraph 5 of the Complaint, Experian admits that Plaintiff appears to quote the Consumer Financial Protection Bureau which speaks for itself.  Except as specifically admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 5 of the Complaint.

6.      In response to paragraph 6 of the Complaint, Experian admits that Plaintiff has alleged that personal jurisdiction is proper. Experian states that this is a legal conclusion, which is not subject to denial or admission.  Experian admits that it is qualified to do business and does conduct business in the State of Georgia.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 6 of the Complaint.

7.      In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.      In response to paragraph 8 of the Complaint, Experian admits that Plaintiff has alleged that venue lies properly in this district.  Experian states that this is a legal conclusion, which is not subject to denial or admission.  Experian further admits that it is qualified to do business and does conduct business in the State of Florida.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 8 of the Complaint.

9.      In response to paragraph 9 of the Complaint, Experian admits that it is an Ohio corporation with its principal place of business in Costa Mesa, California.

10.     In response to paragraph 10 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).

11.     In response to paragraph 11 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).

12.     In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.     In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14.     In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.     In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.     In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17.     In response to paragraph 17 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 17 of the Complaint that relates to allegations that Experian violated the Fair Credit Reporting Act.  As to the allegations in paragraph 17 of the Complaint that relate to other parties, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 17 of the Complaint.

18.     In response to paragraph 18 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 18 of the Complaint that relates to allegations that Experian violated the Fair Credit Reporting Act.  As to the allegations in paragraph 18 of the Complaint that relate to other parties, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 18 of the Complaint.

19.     In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20.     In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21.     In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.     In response to paragraph 22 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 22 of the Complaint that relates to allegations that Experian violated the Fair Credit Reporting Act.  As to the allegations in paragraph 22 of the Complaint that relate to other parties, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph  of the Complaint.

23.     In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24.     In response to paragraph 24 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 24 of the Complaint that relates to allegations that Experian violated the Fair Credit Reporting Act.  As to the allegations in paragraph 24 of the Complaint that relate to other parties, Experian does not have knowledge or information sufficient to form a belief as to the truth of those

allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 24 of the Complaint.

25.    In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.    In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.    In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.    In response to paragraph 28 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 28 of the Complaint that relates to allegations that Experian violated the Fair Credit Reporting Act.  As to the allegations in paragraph 28 of the Complaint that relate to other parties, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 28 of the Complaint.

29.     In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.     In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.     In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.     In response to paragraph 33 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 33 of the Complaint that relates to allegations that Experian violated the Fair Credit Reporting Act.  As to the allegations in paragraph 33 of the Complaint that relate to other parties, Experian does not have knowledge or information sufficient to form a belief as to the truth of those

allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 33 of the Complaint.

34.     In response to paragraph 34 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 34 of the Complaint that relates to allegations that Experian violated the Fair Credit Reporting Act.  As to the allegations in paragraph 34 of the Complaint that relate to other parties, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 34 of the Complaint.

35.     In response to paragraph 35 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 35 of the Complaint that relates to allegations that Experian violated the Fair Credit Reporting Act.  As to the allegations in paragraph 35 of the Complaint that relate to other parties, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 35 of the Complaint.

## COUNT ONE

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT AS TO EXPERIAN

36.     In response to paragraph 36 of the Complaint, Experian re-alleges and reincorporates its response to paragraphs 1-35 above.

37.     In response to paragraph 37 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

38.     In response to paragraph 38 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

39.     In response to paragraph 39 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

40.     In response to paragraph 40 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT TWO

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT BY EXPERIAN

41.     In response to paragraph 41 of the Complaint, Experian re-alleges and reincorporates its response to paragraphs 1-35 above.

42.     In response to paragraph 42 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

43.     In response to paragraph 43 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

44.     In response to paragraph 44 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT THREE

### VIOLATIONS OF THE FAIR CREDIT REPORTING ACT AS TO EXPERIAN

45.     In response to paragraph 45 of the Complaint, Experian re-alleges and reincorporates its response to paragraphs 1-35 above.

46.     In response to paragraph 46 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

47.     In response to paragraph 47 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

48.     In response to paragraph 48 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

49.     In response to paragraph 49 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

50.     In response to paragraph 50 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT FOUR

### VIOLATIONS OF THE FAIR CREDIT REPORTING ACT BY EXPERIAN

51.     In response to paragraph 51 of the Complaint, Experian re-alleges and reincorporates its response to paragraphs 1-35 above.

52.     In response to paragraph 52 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

53.     In response to paragraph 53 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

54.     In response to paragraph 54 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

55.     In response to paragraph 55 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT FIVE

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT BY EQUIFAX

56.     In response to paragraph 56 of the Complaint, Experian re-alleges and reincorporates its response to paragraphs 1-35 above.

57.     In response to paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.     In response to paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.     In response to paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.    In response to paragraph 60 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT SIX

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT BY EQUIFAX

61.    In response to paragraph 61 of the Complaint, Experian re-alleges and reincorporates its response to paragraphs 1-35 above.

62.    In response to paragraph 62 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.    In response to paragraph 63 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.    In response to paragraph 64 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.    In response to paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT SEVEN

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT BY EQUIFAX

66.     In response to paragraph 66 of the Complaint, Experian re-alleges and reincorporates its response to paragraphs 1-35 above.

67.     In response to paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.     In response to paragraph 68 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69.     In response to paragraph 69 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70.     In response to paragraph 70 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.     In response to paragraph 71 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT EIGHT

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT BY EQUIFAX

72.     In response to paragraph 72 of the Complaint, Experian re-alleges and reincorporates its response to paragraphs 1-35 above.

73.     In response to paragraph 73 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.     In response to paragraph 74 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75.     In response to paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76.     In response to paragraph 76 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77.     In response to paragraph 77 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE
## (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## SECOND AFFIRMATIVE DEFENSE
## (INTERVENING, SUPERSEDING CAUSE)

Experian is informed and believes and thereon alleges that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## THIRD AFFIRMATIVE DEFENSE

## (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## FOURTH AFFIRMATIVE DEFENSE

## (ACTS OR OMISSIONS OF THIRD PERSONS)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FIFTH AFFIRMATIVE DEFENSE

## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

## SIXTH AFFIRMATIVE DEFENSE

## (LACHES)

The Complaint and each claim for relief therein are barred by laches.

## SEVENTH AFFIRMATIVE DEFENSE

## (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## EIGHTH AFFIRMATIVE DEFENSE

## (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSE

## (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that some or all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## TENTH AFFIRMATIVE DEFENSE

## (UNCLEAN HANDS)

The Complaint, and each claim for relief therein that seeks equitable relief, are barred by the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE

## (PUNITIVE DAMAGES)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)  That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)  For costs of suit and attorneys' fees herein incurred; and

(3)  For such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Dated: September 11, 2023          /s/ *Maria H. Ruiz*
                                   Maria H. Ruiz
                                   Florida Bar No. 182923
                                   KASOWITZ BENSON TORRES LLP
                                   1441 Brickell Avenue, Suite 1420
                                   Miami, FL  33131
                                   Telephone:  (786) 587-1044
                                   Facsimile:  (305) 675-2601
                                   MRuiz@Kasowitz.com

                                   **Attorney for Defendant**
                                   **Experian Information Solutions, Inc.**