UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

  Plaintiff,

                                        CASE NO.: 8:23-CV-01411-KKM-JSS

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., AND EQUIFAX
INFORMATION SERVICES LLC,

    Defendants.
_____/

**<u>NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX
INFORMATION SERVICES LLC</u>**

COMES NOW Plaintiff, BLAKE WARNER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: This 4th day of October, 2023.

1

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 4th day of October, 2023, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
*Attorney for Plaintiff*
