UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                                                   Case No. 8:23-cv-1411-KKM-JSS

EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES LLC,

    Defendants.
_____

## ORDER

Plaintiff Blake Warner and Defendant Equifax Information Services LLC have notified the Court that a settlement is pending. (Doc. 36). Accordingly, the Clerk is directed to **TERMINATE** Equifax Information Services as a party. Within **60 days** of today, Warner may submit a stipulated settlement, move for dismissal of his claims against Equifax Information Services under Federal Rule of Civil Procedure 41(a)(2), or move to reopen the action as to Equifax Information Services. *See* FED. R. CIV. P. 41(a)(1)–(2). If Warner fails to do any of the above within sixty days, the case against Equifax Information Services is **DISMISSED without prejudice** for failure to prosecute. *See* Local Rule 3.10.

**ORDERED** in Tampa, Florida, on October 5, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge