## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BLAKE WARNER,

  Plaintiff,

                                            CASE NO.: 8:23-cv-01411

Vs.

  EXPERIAN INFORMATION SOLUTIONS,
INC., and EQUIFAX INFORMATION
SERVICES LLC,


  Defendants.

_____/


## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, BLAKE WARNER and Defendant, EQUIFAX INFORMATION SERVICES LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant, EQUIFAX INFORMATION SERVICES LLC, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.


Respectfully submitted this November 6th, 2023.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Nicole Sieb Smith**
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
RUMBERGER, KIRK, &
CALDWELL, P.A.
101 North Monroe Street, Suite
1050 Tallahassee, Florida 32301
Telephone: 850-222-6550
Facsimile: 850-222-8783
*Counsel for Defendant Equifax*
*Information Services LLC*

**/s/ Maria H. Ruiz**
Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ BENSON TORRES
LLP 1441 Brickell Avenue, Suite
1420 Miami, FL 33131
Telephone: 786-587-1044
Facsimile: 305-675-2601
Mruiz@Kasowitz.com
Attorney for Defendant Experian
Information Solutions, Inc.