UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

      Plaintiff,

v.

Case No.: 8:23-CV-1411

EXPERIAN INFORMATION SOLUTIONS, INC.
and EQUIFAX INFORMATION SERVICES, LLC,

      Defendant.
_____ /

## MEDIATION REPORT

In accordance with the Notice of Mediation dated September 26, 2023, a ZOOM mediation was held on Tuesday, November 14, 2023, beginning 9:30 a.m., where the parties conducted mediation settlement discussions. Plaintiff, BLAKE WARNER, appeared with lead trial counsel. Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., appeared with its client representative and lead trial counsel.

All parties participated in good faith. The parties reached a FULL SETTLEMENT.

Done November 14, 2023, in Tampa, Florida.

      Respectfully submitted,

      */s/ Emmett L. Battles*
      Emmett L. Battles, Esq., Mediator
      Florida Bar No. 306649
      1511 N. Westshore Blvd., Suite 700
      Tampa, Florida 33607
      Telephone: (813) 642-4229
      Facsimile: (727) 498-8902
      Email: ebattles@zinoberdiana.com
             laura@zinoberdiana.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2023, I electronically filed the foregoing document with the Florida E-portal, which will electronically send copies to counsel of record.

/s/ *Emmett L. Battles*
Emmett L. Battles, Esq., Mediator